UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRENE CANNONIER,

     Plaintiff,

    v.                            Case No.:  6:25-cv-02379-GAP-LHP

TRANS UNION LLC,  NEXUM
GROUP INC.,

     Defendants,

_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review.  The Complaint in this action was filed on December 11, 2025.  Plaintiff has failed to effect proper service on the Defendant Nexum Group Inc. within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.  Therefore, it is

**ORDERED** that Plaintiff shall **SHOW CAUSE** within **fourteen (14)** days from the date of this Order why the Complaint against Defendant Nexum Group Inc. should not be dismissed for failure to comply with the Federal Rules of Civil Procedure 4(m).  Failure to respond to this Order may result in dismissal of this case as to said Defendant without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, this April 16, 2026.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party